UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRZYSZTOF F. WOLINSKI,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No. 2:22-cv-00451-KJM-EFB (PC)<br><br><br><br>ORDER |

Plaintiff Krzysztof Wolinski ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 15, 2022, the court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $402 filing fee for this action. (ECF No. 10.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. *Id.* Plaintiff has not paid the fee and his intervening appeal has been dismissed for failure to prosecute. ECF No. 14.

Accordingly, IT IS ORDERED that this action is DISMISSED.

DATED: January 17, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE